JOHN W. BLANK v. THE THILMANY PULP AND
PAPER COMPANY.

No. 13,313.    (74 Pac. 1131.)

Error from Lyon district court; DENNIS MADDEN, judge. Opinion filed November 7, 1903.    Affirmed.

*J. Harvey Frith*, for plaintiff in error.
*McCarty & Hutchison*, for defendant in error.

*Per Curiam:* The questions raised and determined in the court below were questions of fact. We must assume

that it was found from the evidence that Heagler & Co. did not assume the Bay debt. This was one of the issues in the case. The existence of fraud was also found by the court, and we cannot disturb such finding; there was some evidence to support it.

The judgment will be affirmed.